# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2023

### NO. 03-22-00434-CR

**Monti Brunson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## AFFIRMED AS MODIFIED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction but that the bill of costs and judgment need to be modified. We modify the bill of costs relating to the judgment to delete the $1900 fee for court-appointed attorney, the $15 time-payment fee, and the $180 restitution fee to DPS. We modify the judgment by changing the "Statute for Offense" from "481.112(d) Penal Code" to "481.112(d) Health & Safety Code.". We affirm the judgment as modified and affirm the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.